UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ERIE INSURANCE EXCHANGE          *

    Plaintiff                              *

v.                                              *

YBM CONSTRUCTION, INC.           *   Case No. 1:07-CV-01146 RBW

    Defendant                          *

\* * * * * * * * * * * *

## ANSWER

COMES NOW Defendant YBM Construction, Inc. and in response to Plaintiff Erie Insurance Exchange's Complaint, states as follows:

1. Admit.

2. Admit.

3. Defendant has insufficient information to admit or deny the allegations of Paragraph 3 and therefore denies same and demands strict proof thereof.

4. Defendant has insufficient information to admit or deny the allegations of Paragraph 4 and therefore denies same and demands strict proof thereof.

5. Admit.

6. Defendant denies that there was any breach of duty and damages by or caused by the actions or inactions of Defendant. Defendant admits that all actions of Defendant relative to this matter occurred in the District of Columbia.

7. Defendant incorporates by this reference its response to paragraphs one through 6 as set forth hereinabove.

8. Defendant has insufficient information to admit or deny the allegations of paragraph 8 and therefore denies same and demands strict proof thereof.

9. Admit.

10. Defendant denies the allegations of paragraph 10.

11. Defendant has insufficient information to admit or deny the allegations of paragraph 11 and therefore denies same and demands strict proof thereof.

12. Defendant has insufficient information to admit or deny the allegations of paragraph 12 and therefore denies same and demands strict proof thereof.

13. Defendant has insufficient information to admit or deny the allegations of paragraph 13 and therefore denies same and demands strict proof thereof.

14. Defendant has insufficient information to admit or deny the allegations of paragraph 14 and therefore denies same and demands strict proof thereof.

15. Defendant has insufficient information to admit or deny the allegations of paragraph 15 and therefore denies same and demands strict proof thereof.

16. Defendant incorporates by this reference its response to paragraphs one through 15 as set forth hereinabove.

17. Denied. The contract speaks for itself.

18. Defendant denies the allegations of paragraph 18 and all subparagraphs, a through j.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Defendant has insufficient information to admit or deny the allegations of paragraph 23 and therefore denies same and demands strict proof thereof.

24. Defendant has insufficient information to admit or deny the allegations of paragraph 24 and therefore denies same and demands strict proof thereof.

25. Defendant incorporates by this reference its response to paragraphs one through 24 as set forth hereinabove.

26. Denied. The contract speaks for itself.

27. Denied.

28. Denied.

29. Defendant has insufficient information to admit or deny the allegations of paragraph 29 and therefore denies same and demands strict proof thereof.

30. Defendant has insufficient information to admit or deny the allegations of paragraph 30 and therefore denies same and demands strict proof thereof.

31. Defendant incorporates by this reference its response to paragraphs one through 30 as set forth hereinabove.

32. Defendant admits that it contracted with Friendship Dental but has insufficient information to admit or deny the remaining allegations of paragraph 32 and therefore denies same and demands strict proof thereof.

33. Denied.

34. Denied.

35. Defendant has insufficient information to admit or deny the allegations of paragraph 35 and therefore denies same and demands strict proof thereof.

36. Defendant has insufficient information to admit or deny the allegations of paragraph 36 and therefore denies same and demands strict proof thereof.

## **AFFIRMATIVE DEFENSES**

COMES NOW Defendant YBM Construction, Inc., and in further response to Plaintiff's Complaint asserts the following affirmative defenses:

1. The Complaint fails to state a claim upon which relief can be granted.

2. The Complaint is barred by the doctrine of primary and/or contributory negligence.

3. The Complaint is barred by the doctrine of assumption of risk.

4. The Complaint is barred by the applicable statute of limitations.

                              /s/
Matthew T. Angotti
Rachel L. Stewart
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland  21201-4135
(410) 752-1630
*Attorney for Defendant YBM Construction, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September 2007, a copy of Defendant YBM Construction, Inc.'s Answer to Complaint was mailed, by first-class mail, postage prepaid, to:

Edward J. Brown, Esquire
McCarthy & Wilson, LLP
100 South Washington Street
Rockville, Maryland 20850

/s/
Rachel L. Stewart