**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ERIE INSURANCE EXCHANGE    :
*t/i/u and t/t/u/o* FRIENDSHIP DENTAL :
CARE PLLC         :
              :
              :
v.             :  Case No. 1:07-cv-01146 RBW
              :
YBM CONSTRUCTION, INC.    :
              :
    Defendant      :
              :

……………………………………………………………………………………………………
…
              :
THE TRAVELERS INDEMNITY COMPANY :
OF CONNECTICUT a/s/o JENNIFER PLACE :
CONDOMINIUM ASSOCIATION and  :
JENNIFER PLACE UNIT OWNERS  :
ASSOCIATION       :
              :
and           :
              :
THE TRAVELERS INDEMNITY COMPANY :
a/s/o JHM, LLC d/b/a CHADWICK'S AT :
FRIENDSHIP HEIGHTS     :
              :
    Plaintiffs      :
              :
v.             :  Case No.  1:06-Cv-1749
              :
YBM CONSTRUCTION, INC.    :
              :
    Defendant/Third Party Plaintiff :
              :
v.             :
              :
KWANG SOO KIM       :
d/b/a KIM'S ELECTRIC CO.    :
              :
    Third Party Defendant   :

```
                                            :
  and                                       :
                                            :
  EMCON, LLC                                :
                                            :
          Third Party Defendant             :
```

### PLAINTIFFS ERIE INSURANCE EXCHANGE AND
### FRIENDSHIP DENTAL CARE'S CONSENT MOTION TO CONSOLIDATE

COME NOW the Plaintiffs, Erie Insurance Exchange and Friendship Dental Care PLLC's, in Civil Action No. DKC 07-Cv-0862, by and through their attorneys, McCarthy, Wilson LLP and Edward J. Brown, and pursuant to Rule 42 of the Federal Rules of Civil Procedure, respectfully move this Court to consolidate the above-captioned matters for purposes of both discovery and trial, and as reasons therefore, state:

1.      That the above-captioned cases arise out of a fire that occurred on or about May 22, 2005, at Suite A3 at 5247 Wisconsin Avenue, N.W., Washington, D.C. 200152

2.      That as a result of the aforesaid accident, two lawsuits have been filed in this Court, Civil Action No. DKC 07-Cv-0862 and 1:06-Cv-1749;

3.      That Plaintiff in Civil Action No. DKC 07-Cv-0862, is Erie Insurance Exchange, the insurer for Friendship Dental Care PLLC (hereinafter "Friendship Dental"), the tenants who occupied Suite A3;

4.      That Plaintiff in Civil Action No. 1:06-Cv-1749, is The Travelers Indemnity Company of Connecticut and The Travelers Indemnity Company, who insured Jennifer Place and Chadwicks, respectively;

5.      That Jennifer Place is the owner of the premises, and Chadwicks is another tenant, both of whom suffered damages as a result of the fire;

6.      That Plaintiff Friendship Dental, who was operating a dental practice at the subject premises, suffered loss and damages from a fire caused by the improper specification, selection and/or installation of an un-vented exhaust fan installed by Defendant YBM Construction in the utility room within the leased space as part of its contracted work at the subject premises;

7.      That Plaintiffs in both actions have sued Defendant YBM Construction, Inc.;

8.      That in the Travelers v. YBM suit, Defendant, YBM Construction, filed a Third Party Complaint against Third Party Defendant Emcon, for improperly selecting, installing and venting the exhaust fan at issue in the Plaintiff's Complaint;

9.       That Defendant, YBM Construction, also filed a Third Party Complaint against Third Party Defendant Kwang Soo Kim d/b/a Kim's Electric, alleging improper installation/electrical wiring of the exhaust fan at issue in the Plaintiff's Complaint;

10.     That it is anticipated that Defendant YBM will file the same Third Party Complaints in the Friendship Dental lawsuit;

11.     That all of the above mentioned suits arise out of the same occurrence and involve common questions of law and fact;

12.     That there is no just reason to proceed with multiple suits arising from a single fire involving the same Defendants;

13.    That these law suits should be consolidated to advance the interest of judicial economy;

14.    That Civil Action No. DKC 07-Cv-0862, <u>Erie Insurance Exchange and Friendship Dental Care v. YBM Construction</u>, should be the leading case in this action, and that none of the parties in either action will be prejudiced by consolidation;

15.    That Plaintiffs The Travelers Indemnity Company of Connecticut and The Travelers Indemnity Company and Defendant YBM Construction consent to consolidation;

16.    That Third-Party Defendant Kwang Soo Kim d/b/a Kim's Electric has been served and filed an Answer, and consents to consolidation.  Third-Party Defendant Emcon has not yet answered, thus its position is not known;

WHEREFORE, the Plaintiffs Erie Insurance Exchange and Friendship Dental Care, respectfully pray:

1.    That the Court grant this motion and consolidate DKC 07-Cv-0862 and 01: 06-Cv-1749; and

2.    That the Court designate Civil Action No. DKC 07-Cv-0862 as the lead case in this matter; and

3.    For such other and further relief as this Court deems proper.

Respectfully submitted,

McCARTHY, WILSON, LLP

                    /s/
_____
Edward J. Brown
USDC-DC Bar #414365
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770
browne@mcwilson.com
*Attorneys for Plaintiffs*

## POINTS AND AUTHORITIES

Rule 42 of the Federal Rules of Civil Procedure.

                    /s/
_____
Edward J. Brown

## REQUEST FOR HEARING

The Plaintiffs Erie Insurance Exchange and Friendship Dental Care, hereby request a hearing on all issues raised herein.

                    /s/
_____
Edward J. Brown

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Plaintiffs' Motion to Consolidate** was electronically sent to all counsel of record on this 26th day of September, 2007.

                    /s/
_____
Edward J. Brown

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE<br>*t/i/u and t/t/u/o* FRIENDSHIP DENTAL<br>CARE PLLC | : | |
| | : | |
| | : | |
| | : | |
| v. | : | Case No. 1:07-cv-01146 RBW |
| | : | |
| YBM CONSTRUCTION, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| THE TRAVELERS INDEMNITY COMPANY | : | |
| OF CONNECTICUT a/s/o JENNIFER PLACE | : | |
| CONDOMINIUM ASSOCIATION and | : | |
| JENNIFER PLACE UNIT OWNERS | : | |
| ASSOCIATION | : | |
| | : | |
| and | : | |
| | : | |
| THE TRAVELERS INDEMNITY COMPANY | : | |
| a/s/o JHM, LLC d/b/a CHADWICK'S AT | : | |
| FRIENDSHIP HEIGHTS | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No.  1:06-Cv-1749 |
| | : | |
| YBM CONSTRUCTION, INC. | : | |
| | : | |
| Defendant/Third Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| KWANG SOO KIM | : | |
| d/b/a KIM'S ELECTRIC CO. | : | |
| | : | |
| Third Party Defendant | : | |
| | : | |
| and | : | |

|                          |     |
|--------------------------|-----|
|                          |  :  |
| EMCON, LLC               |  :  |
|                          |  :  |
|     Third Party Defendant |  :  |

## **ORDER**

UPON CONSIDERATION of the Plaintiffs' Erie Insurance Exchange and Friendship Dental Care's Consent Motion to Consolidate, good cause having been shown, it is this _____day of _____ 2007, by the United States District Court for the District of Columbia, hereby

ORDERED, that the Plaintiffs' Consent Motion for Consolidation be and the same is hereby GRANTED.

_____
JUDGE for the United States District
Court of the District of Columbia