# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Columbia



Case Number: 1:07-CV-01146

Plaintiff:
**Erie Insurance Exchange a/s/o Friendship Dental Care, PLLC**
vs.
Defendant:
**YBM Construction, Inc.**

Received by ESQ Process Servers to be served on **YBM Construction, Inc. c/o Behzad Movahed-Bashiri, 1621 University Boulevard, Silver Spring, MD 20902**.

I, Scott Tilles, being duly sworn, depose and say that on the **21st day of September, 2007** at **7:39 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electric Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for all Purposes, Civil Cover Sheet, and Complaint and Prayer for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Behzad Movahed-Bashiri** as **Resident Agent** for **YBM Construction, Inc.**, at the alternate address of: **604 S. Frederick Avenue, Suite 415, Gaithersburg, MD 20877-1275**, and informed said person of the contents therein, in compliance with state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Subscribed and Sworn to before me on the 26th day of September, 2007 by the affiant who is personally known to me.

_Leslie D. Johnson II_
NOTARY PUBLIC
My Comm Exp. 1-1-2011

**Scott Tilles**
Process Server

**ESQ Process Servers**
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2007011739
Ref: ER2-5991

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

SEP 28 2007