LAW OFFICES

# MCCARTHY WILSON

A LIMITED LIABILITY PARTNERSHIP

100 SOUTH WASHINGTON STREET

ROCKVILLE, MARYLAND 20850

(301) 762-7770
FAX (301)762-0374
EMAIL ATTYS@McWILSON.COM
WWW.McWILSON.COM

CHARLES E. WILSON, JR.[+]
THOMAS PATRICK RYAN[+]
ROBERT B. HETHERINGTON[+]
EDWARD J. BROWN[*]
CHARLES E. WILSON III[+]
DAVID L. RUBINO[*]
RICHARD W. EVANS[+]
JONATHAN R. CLARK[+]
ANDRE M. FORTE[+]

JOSEPH S. McCARTHY
(1918-1985)

210 E. LEXINGTON STREET
SUITE 200
BALTIMORE, MARYLAND 21202
(410) 528-7700
Fax (410) 528-7736

223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MARYLAND 21740
(301) 791-8924
FAX (301) 791-8947

RONALD W. COX, JR.[**]
AMY L. LEONE[*]
SHARI COHEN BOSCOLO[+]
SCOTT D. NELSON[*]
MATTHEW S. TIDBALL[*]
NICHOLAS ANDREWS[+]
MICHAEL B. DE TROIA[+]
JEFFREY W. STICKLE[+]
MARISA R. SCHOLLAERT[+]
TIMOTHY D. FISHER[+]
MEGAN B. GREENE
KATHRYN E. BONORCHIS
SATY REDDY

[*]ALSO ADMITTED IN DC
[+]ALSO ADMITTED IN VA

PLEASE REPLY TO

BROWNE@McWILSON.COM

November 20, 2007

U.S. District Court for the District of Columbia
Attn: The Honorable Reggie B. Walton
333 Constitution Avenue, NW
Washington, DC 20001

Re:    **Erie and Friendship Dental v. YBM**
       **Case No.: 1:07-cv-01146 RBW**

Dear Judge Walton:

I am writing to provide you with the parties' Status Report pursuant to LCvR 16.3(c), in advance of the December 14, 2007 11:45 a.m. Initial Scheduling Conference.

Counsel for Erie Insurance Exchange and YBM Construction, Inc. have conferred via exchange of email, and agree upon the below Scheduling Order:

- 26 (a) Disclosures: 12/1/07
- Plaintiff's Expert Disclosures: 1/31/08
- Defendant's Expert Disclosures: 3/31/08
- Discovery Closed: 5/31/08
- Pleadings Amended: 6/15/08
- Dispositive Motions: 6/30/08
- PTC date: 7/15/08 (approx)

The Defendant has not determined whether a dispositive motion will be filed. The parties presently view settlement as unlikely. With respect to ADR efforts, the parties believe that a non-binding mediation with the Court Magistrate will be helpful if

The Honorable Reggie B. Walton
November 19, 2007
Page 2 of 2

performed after discovery is completed. The case does not require bifurcation, and only one Pretrial Conference is needed.

There is a presently pending Motion to Consolidate this action with Travelers Indemnity Company of Connecticut v. YBM Construction, Inc., Case No. 1:06-cv-1749. It is the parties' understanding that the Initial Scheduling Conference is scheduled for December 20, 2007 in that case.

Edward J. Brown, Esquire
McCARTHY WILSON LLP
100 S. Washington Street
Rockville, MD 20850
(301) 762-7770
*Counsel for Plaintiff*

Rachel Lynn Stewart, Esquire
Matthew T. Angotti, Esquire
ANDERSON, COE & KING LLP
Suite 2000, 201 N. Charles Street
Baltimore, MD 21201
(410) 752-1630
*Counsel for Defendant*

EJB/dmr