UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIE INSURANCE EXCHANGE et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-1146 (RBW) |
| YBM CONSTRUCTION, INC., | ) |
| Defendant. | ) |

### ORDER

The plaintiffs, Erie Insurance Exchange and Friendship Dental Care's, bring this action against YBM Construction, Inc., asserting claims of negligence, breach of contract, and breach of express and implied warranties. Complaint at 3-8. Currently before the Court is the parties' consent motion to consolidate the instant action with Travelers Indemnity Co. Of Connecticut v. YBM Construction, Civ. No. 06-1749 (D.D.C. October 16, 2006) because both suits arise out of a fire that occurred on or about May 22, 2005, at Suite A3 at 5247 Wisconsin Avenue, N.W., Washington, D.C. 20152.

Rule 42(a) of the Federal Rules of Civil Procedure provides that "[w]hen actions involving a common question of law or fact are pending before the court . . . it may order all the actions consolidated." Fed.R.Civ.P. 42(a). Consolidation of actions under Rule 42(a) is "a valuable and important tool of judicial administration." Devlin, 175 F.3d at 130 (internal quotations omitted). It helps to "relieve[ ] the parties and the [c]ourt of the burden of duplicative pleadings and [c]ourt orders." New York v. Microsoft Corp., 209 F.Supp.2d 132, 148 (D.D.C.2002). To determine whether consolidation is appropriate, a court should consider both equity and judicial economy. Devlin, 175

F.3d at 130. If "savings of expense and gains of efficiency can be accomplished without sacrifice of justice," a court may find that consolidation is warranted. Id. (internal quotations omitted). Further, consolidation is particularly appropriate when the actions are likely to involve substantially the same witnesses and arise from the same series of events or facts. Davis v. Buffalo Psychiatric Ctr., 1988 WL 47355, at *1 (W.D.N.Y. May 10, 1988). However, if the parties at issue, the procedural posture and the allegations in each case differ, consolidation is not appropriate. Stewart v. O'Neill, 225 F.Supp.2d 16, 21 (D.D.C.2002). In short, "courts weigh considerations of convenience and economy against considerations of confusion and prejudice," Chang v. United States, 217 F.R.D. 262, 265 (D.D.C.2003), in deciding whether consolidation is appropriate. For the reasons set forth in the parties' motion and their supporting legal authority, the Court concludes that the parties' consent motion to consolidate the instant action with Travelers Indemnity Co. Of Connecticut v. YBM Construction, Civ. No. 06-1749 (D.D.C. October 16, 2006) should be **Granted**.

**SO ORDERED** this 11th day of January, 2008.

/s/_____
Reggie B. Walton
United States District Judge