CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ERIE INSURANCE EXCHANGE, )
    ET AL. )
                                   )
       Plaintiff )
                                   )
                                   )
       v. )        Civil Case Number 07-1146 (RMC)
                                   )
                                   )
YBM CONSTRUCTION, INC. )        Category   E
                                   )
       Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on January 11, 2008 from Judge Reggie B. Walton to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case is Related to CA 06-1749 before Judge Collyer)

                                          JUDGE ELLEN S. HUVELLE
                                          Chair, Calendar and Case
                                          Management Committee

cc:   Judge Collyer & Courtroom Deputy
       Judge Walton & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk