UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>**YBM CONSTRUCTION, INC,**<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1749 (RMC)<br>(consolidated with 07-1146) |

### ORDER CONSOLIDATING CASES

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the Court has determined that there are common issues of law and fact that necessitate the consolidation of Civil Case Number 06-1749 and Civil Case Number 07-1146.  Accordingly, it is hereby

**ORDERED** that Civil Case Number 06-1749 and Civil Case Number 07-1146 are hereby **CONSOLIDATED**; and it is

**FURTHER ORDERED** that the Clerk's Office shall **CLOSE** Civil Case Number 07-1146 and **TRANSFER** the parties in that case to the earlier case, Civil Case Number 06-1749; and it is

**FURTHER ORDERED** that from this date forward all pleadings shall be filed *only* in the earlier case, Civil Case Number 06-1749.  The parties are advised not to elect to "spread text" when filing on ECF, as this will result in repetitive docketing and emails; and it is

**FURTHER ORDERED** that the December 20, 2007 Scheduling Order [Dkt. #21] issued in Civil Case Number 06-1749 shall apply to the newly consolidated matter.

Date: January 14, 2008                               /s/
                                      ROSEMARY M. COLLYER
                                      United States District Judge